Colin G. Bell, Esquire (CB 2864)
HANKIN SANDMAN & PALLADINO
Counsellors-at-Law
A Professional Corporation
30 South New York Avenue
Atlantic City, NJ  08401
(609) 344-5161
*Attorneys for Plaintiff Robert O'Brien*

IN THE UNITED STATES DISTRICT COURT OF THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT O'BRIEN<br><br>                    Plaintiff<br><br>          v.<br><br>BIOBANCUSA, BIOBANK OF AMERICA, INC., IMMUNE SYSTEMS USA, ABC CORPORATIONS 1-5, DEF PARTNERSHIPS 1-5, and GHI LIMITED LIABILITY COMPANIES 1-5<br><br>                    Defendants | CIVIL NO. 1:09-cv-02289-RBK-KMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO BIOBANK OF AMERICA, INC.** |

**PLEASE TAKE NOTICE** that Plaintiff Robert O'Brien, pursuant to Rule 41a(1)(A), hereby dismisses this action without prejudice with respect to the following party **ONLY:**

Defendant Biobank of America, Inc.

HANKIN SANDMAN & PALLADINO,
Counsellors at Law,
A Professional Corporation

/s/Colin G. Bell, Esquire
COLIN G. BELL, ESQUIRE (CB 2864)