IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE ROBERT B. KUGLER

| | |
|---|---|
| ROBERT O'BRIEN, | : |
| Plaintiff(s), | : |
| v. | : Civil No. 09-2289(RBK-KMW) |
| BIOBANCUSA, et al, | : |
| Defendant(s). | : |

**J U D G M E N T**

**THIS MATTER HAVING** come before the court on July 28, 2011, at a hearing on plaintiff's Motion to Enter Default Judgment, and the court having by Opinion and Order dated June 23, 2011, entered Judgment in favor of plaintiff and against defendant Biobanc USA on liability, and plaintiff having submitted a supplemental affidavit on July 20, 2011, and the court having heard argument on the record on July 28, 2011, and for the reasons expressed on that date,

**IT IS ON THIS**   1st   day of August, 2011, **ORDERED** that Judgment be and is hereby entered in favor of plaintiff Robert O'Brien and against defendant Biobanc USA, in the amount of $400,998.35 (which includes costs).

                                                        s/Robert B. Kugler
                                                        ROBERT B. KUGLER
                                                        United States District Judge